UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60209-LEIBOWITZ

UNITED STATES OF AMERICA

v.

MAXON ALSENAT,

   Defendant.
_____/

## FACTUAL PROFFER

The United States of America and the Defendant, **MAXON ALSENAT ("ALSENAT")**, agree that, had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt:

On June 21, 2023, **ALSENAT** met with an undercover law enforcement official ("UC") and sold three machine gun conversion devices ("MCD") to the UC in exchange for $1,500 of official investigative funds. During and after the sale, **ALSENAT** taught the UC how to install the MCDs onto a semi-automatic gun and explained that the MCDs would turn a semi-automatic gun into a fully automatic machine gun. The MCDs qualify as machine guns, as defined in Title 26, United States Code, Section 5845(b), and **ALSENAT** knew that the MCDs had the capability of enabling a semi-automatic firearm to discharge more than one shot without manual reloading and with a single function of the trigger.

[THIS SPACE INTENTIONALLY LEFT BLANK]

These are not the only facts known to the United States of America in this matter, nor are they all of the facts that the United States of America would present, had this case gone to trial. The parties stipulate that these facts prove the offenses charged in Count 1 in the Indictment beyond a reasonable doubt.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

DATE: _____  BY: _____
STEFAN DIAZ ESPINOSA
ASSISTANT UNITED STATES ATTORNEY

DATE: _____  BY: _____
EBONI BLENMAN
COUNSEL FOR THE DEFENDANT

DATE: _____  BY: _____
MAXON ALSENAT
DEFENDANT