**Bench Memorandum**



| | |
|---|---|
| **Subject**:<br>Elements and Penalties<br>***United States v. Maxon Alsenat***<br>Case No.: 23-CR-60209-LEIBOWITZ | **Date**: June 11, 2024 |
| **To:** U.S. District Judge David S. Leibowitz | **From:** Stefan Diaz Espinosa, AUSA |

## I.    ELEMENTS AND PENALTIES

### A.    Unlawful Transfer and Possession of a Machine Gun, Title 18, United States Code, Section 922(o)(1) (Count 1)

The elements are as follows:

<u>First:</u>          The Defendant possessed or transferred a machine gun; and

<u>Second:</u>       The Defendant knew it was a machine gun or was aware of the firearm's essential characteristics that made it a machine gun as defined.

*See* Eleventh Circuit Criminal Pattern Jury Instructions – Criminal, Offense Instructions O34.8 (2022).

**Unlawful transfer and possession of a machine gun** is a Class C felony punishable by a term of imprisonment of not more than 10 years, a fine up to $250,000, up to 3 years of supervised release, and a $100 special assessment.